UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ABC,                                                              :
:
                        Plaintiff,                              :
:      25-CV-3769 (JMF)
       -v-                                                        :
:      <u>ORDER</u>
DEF,                                                              :
:
                        Defendant.                               :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In its April 24, 2025 Order temporarily granting Plaintiff's motion for leave to file this case under seal, the Court admonished that the case would "be unsealed unless, by May 7, 2025, Plaintiff renews the application" before the assigned district judge.  *See* 25-MC-164, ECF No. 4.  Plaintiffs failed to renew their application by the deadline and so, on May 8, 2025, the Court ordered the matter unsealed and entered orders with the parties' names.  *See* ECF No. 5.

      The same day, Plaintiff's counsel emailed the Court expressing the belief that counsel had complied with the Court's April 24, 2025 Order by emailing a copy of the petition to the Clerk's Office.  That belief is wrong.  The Court's Order was clear: Plaintiff had to "renew" the application before the assigned district judge by May 7, 2025, or the case would be unsealed.  Making matters worse, the Court's Individual Rules and Practices prohibit substantive communications by email.

      Although the Court would be on firm ground denying Plaintiff's request for guidance and leaving the unsealing Order in place, it will give Plaintiff one more opportunity.  To that end, it converted the unsealing Order and initial pretrial conference Order, both of which had the parties' full names, to Court-view only.  **If Plaintiff wishes for them to remain that way, and for the case to remain sealed or redacted, as the case may be, Plaintiff must file a motion to seal on this docket by May 15, 2025.**  If Plaintiff fails to do so, the Court will unseal the matter in its entirety without further notice to the parties.  Further, Plaintiff shall be sure to comply with the Court's Individual Rules and Practices going forward.

      SO ORDERED.

Dated: May 12, 2025
       New York, New York                          _____
                                                         JESSE M. FURMAN
                                                 United States District Judge