

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 26, 2025

VIA ECF
Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Doe v. Bondi, et al.*, No. 25 Civ. 3769 (JMF)

Dear Judge Furman:

This Office represents the government in this action in which plaintiffs challenge the denial of a Petition for Alien Relative (Form I-130) filed with U.S. Citizenship and Immigration Services ("USCIS"), which denial was affirmed by the Board of Immigration Appeals ("BIA"). The government is due to file a certified administrative record ("CAR") in lieu of an answer on September 30, 2025. For the reasons set forth below, I write respectfully to request that the Court adjourn that deadline and hold this case in abeyance pending further action from the BIA.

In compiling the CAR, USCIS determined that certain pages were omitted from the package of materials that it sent to the BIA following plaintiffs' appeal to the BIA of the May 16, 2022, USCIS decision denying their Form I-130. The BIA, reviewing what has now been determined to be an incomplete record, dismissed the appeal.

By early next week, USCIS intends to submit a complete record to the BIA, along with—on plaintiffs' consent—a motion to reopen the BIA's dismissal decision.

In light of these developments, the parties are in agreement that this matter should be held in abeyance pending further developments at the BIA and request that they be permitted to file a joint letter with the Court, on or before December 5, 2025, updating the Court on the status of the motion for reopening and, if the BIA grants that motion, the status of the BIA appeal. If the BIA has issued a substantive decision on the appeal by December 5, the parties will also include in their letter an indication as to whether they believe a consensual resolution of this matter is possible and, if not, proposed next steps in the litigation.

This is the government's first request to hold the case in abeyance and, as indicated, plaintiffs consent to the request.

Page 2

I thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    /s/ Jessica F. Rosenbaum
JESSICA F. ROSENBAUM
Assistant United States Attorney
Telephone: (212) 637-2777
E-mail: jessica.rosenbaum@usdoj.gov

cc:  Counsel of record (via ECF)

Application GRANTED on consent.  The parties shall file a joint status letter as described herein no later than December 5, 2025.  The Clerk of Court is directed to terminate ECF No. 27.

SO ORDERED.

September 26, 2025