**SethiMaz**

157-A First Street, #338
Jersey City, NJ 07302
P: 646.405.9846
F: 201.595.0957
E: Info@sethimaz.com

*Full-Service Talent Legal Representation*
Immigration | Entertainment

July 19, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re*: Doe v. Bondi, et al., No. 25 Civ. 3769 (JMF)*

Dear Judge Furman:

This Office represents Plaintiffs John and Jane Doe in this action. Pursuant to Section 7(C)(i) of Your Honor's Individual Rules and Practices in Civil Cases, and in response to the Government's July 16, 2026 letter motion (ECF No. 39) requesting leave to file the certified administrative record ("CAR") under seal, Plaintiffs respectfully submit this letter explaining the need to file the CAR under seal in its entirety, without a redacted version on the public docket.

This Court's May 21, 2025 order, ECF No. 8, granted Plaintiffs' request to proceed pseudonymously and to redact sensitive identifying information from any document filed in this action. As the Government's letter explains, the CAR is 875 pages, and nearly every page contains personally identifiable information about Plaintiffs that would need to be redacted to comply with that order. Plaintiffs respectfully submit that sealing the CAR in its entirety, rather than requiring page-by-page redaction, is both consistent with the Court's prior order and necessary to protect Plaintiffs from the harms described below.

The CAR contains detailed and highly sensitive information about Plaintiffs, including Jane Doe's pending application for asylum, which sets forth her political beliefs and her political activities opposing the regime in her native country, together with extensive biographic information, home addresses, financial records, and information concerning Plaintiffs' associations. If this material were to become publicly available, it would place Jane Doe, John

Doe, and their family at risk of harm from the regime she fears, as well as from other persons or entities who could misuse this deeply personal information.

Although the administrative record is necessary for the Court's review of the denial of John Doe's I-130 petition and the BIA's dismissal of the related appeal, there is no legitimate public interest in the disclosure of Jane Doe's asylum claim, her political activities and beliefs, or the couple's private biographic and financial information. Sealing the CAR in its entirety will not impair judicial efficiency or the public's ability to monitor these proceedings, particularly given that the Court's orders and any written dispositions will remain publicly available.

For these reasons, Plaintiffs respectfully join in the Government's request and ask that the Court permit the CAR to be filed under seal in its entirety, without requiring a redacted version to be filed on the public docket. To the extent the Court determines that a redacted version must nonetheless be filed, Plaintiffs' counsel is prepared to work with the Government to mark the CAR for the appropriate redactions consistent with the Court's May 21, 2025 order.

We thank the Court for its consideration of this request.

As noted, the motion to seal is granted temporarily. *See* ECF No. 41. The Court will assess whether to keep the CAR sealed or redacted when deciding the underlying motions.

The Clerk of Court is directed to terminate ECF No. 42.

SO ORDERED.

July 20, 2026

Respectfully submitted,

/s/ Abdolreza Mazaheri

Abdolreza Mazaheri, Esq.
Sethi & Mazaheri, LLC
344 Grove Street, #111
Jersey City, NJ 07302
Tel: (646) 405-9846
Fax: (201) 595-0957
Email: mazaheri@sethimaz.com
Attorney for Plaintiffs

cc: Jessica F. Rosenbaum, Assistant United States Attorney (by ECF)